IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HVIP INTERESTS LP, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:26-CV-1014 (CDL) |
| BIOPRINCIPIA, INC., | * | |
| Defendant. | * | |

O R D E R

Before this Court is Plaintiff HVIP Interests LP's Motion for Summary Judgment, which seeks summary judgment against Defendant Bioprincipia, Inc. on Plaintiff's claims for breach of promissory note (Count 1) and for attorneys' fees and costs pursuant to O.C.G.A. § 13-1-11 (Count 2). Defendant does not oppose entry of summary judgment in Plaintiff's favor on these counts. Def.'s Resp. to Pl.'s Mot. Summ. J. 1, ECF No. 15. In its response brief, Defendant noted that entry of summary judgment in Plaintiff's favor would not be a final judgment because Count 2 of Plaintiff's Complaint also sought to recover attorneys' fees pursuant to O.C.G.A. § 13-6-11, a theory on which Plaintiff did not seek summary judgment.

Plaintiff has now amended its Complaint to drop its claim for relief under O.C.G.A. § 13-6-11. The only remaining claims are Plaintiff's claims for breach of promissory note and for attorneys'

fees and costs pursuant to O.C.G.A. § 13-1-11. Defendant does not oppose Plaintiff’s summary judgment motion on these claims. Accordingly, the Court grants Plaintiff’s summary judgment motion (ECF No. 14) on these two claims. On Count 1, Plaintiff is entitled to judgment in the amount of $630,733.00 as of October 28, 2026, plus an additional $251.01 per day through the date of this Order. On Count 2, Plaintiff is entitled to judgment in the amount of $63,098.31 as of October 28, 2026, plus an additional $25.10 per day through the date of Order. The Court therefore ORDERS FINAL JUDGMENT in Plaintiff’s favor in the total amount of $694,107.42.

IT IS SO ORDERED, this 29th day of October, 2026.

S/Clay D. Land

CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA