IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HVIP INTERESTS LP , | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:26-cv-1014-CDL |
| | * | |
| BIOPRINCIPIA INC, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated October 29, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $694,107.42. The amount shall accrue interest from the date of entry of judgment at the rate of 4.48 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 29th day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk